# United States District Court
# Violation Notice

CVB Location Code: NH70

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F0EP005M | Tidwell | 2579 |

F0EP005M

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 09/07/2026 17:51 | FED 36CFR261.58CC |

Place of Offense
Woodstock, NH Area

Offense Description: Factual Basis for Charge
Food Storage

HAZMAT ☐

## DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Voeller | Marc | I |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL | D.L. State | Social Security No. |
|---|---|---|---|
| | ☐ | | |

☐ Adult ☐ Juvenile | Sex ☐ M ☐ F | Race | Hair | Eyes | Height | Weight

## VEHICLE

VIN: CMV ☐

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| | | | / | ☐ | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| $ 100.00 | Forfeiture Amount |
| $ 30.00 | Processing Fee |
| $ 130.00 | Total Collateral Due |

PAY THIS AMOUNT

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
55 Pleasant Street, Concord, New Hampshire 03301

Date (mm/dd/yyyy)

Time (hh:mm)
10:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt.I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

F0EP005M

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 09/07/2026 while exercising my duties as a law enforcement officer in the ______ District of NH

Pursuant to 16USC 551: that I, Officer Eric Tidwell #2579 investigated a violation of 36 CFR 261.58(cc) Prohibited Food Storage and 36 CFR 261.58(e) Prohibited Camping.

On 9/1/2026 I received a phone call from a town of Woodstock Police Department Sergeant Noah Tamulonis that he had received a complaint that a man, identified by Officer Tamulonis as Marc VOELLER (DOB 12/28/1993) had a dog get loose and bite someone near the White Mountain Visitor Center in Woodstock, New Hampshire. Upon investigation, Officer Tamulonis had found VOELLER camping illegally on the White Mountain National Forest between two Interstate 93 bridges on the bank of the East branch of the Pemigewasset River, within 1/4 mile of the Kancamagus Higway. I checked my Forest Protection Area map, and confirmed to Officer Tamulonis at this time that VOELLER was camped illegally.

Officer Tamulonis gave VOELLER 24 hours to vacate the illegal campsite. As Officer Tamulonis was patrolling the area on 9/2/2026, VOELLER had not vacated the area within 24 hours and was arrested, cited, and released by Officer Tamulonis at this time. Officer Tamulonis then notified me on 9/7/2026 that VOELLER had vacated the area and dumped trash in the area of the illegal campsite, and that Officer Tamulonis had issued a warrant for VOELLER's arrest in regards to illegally dumping trash.

I then investigated the area of VOELLER's illegal campsite. I saw a blue Igloo brand cooler in the area next to the river, unsecured, with food to include peanut butter, jelly, cheese, and other items. I then saw trash dumped in and around the area of an illegal fire pit. I later verified with Officer Tamulonis that these trash items belonged to VOELLER.

There exists a Forest Order (R9-22-24-02) stating that "Except while being prepared, consumed, or transported, all food and food containers shall be properly stored at all times. At no time will these items be left unattended...the purpose of this Order is to minimize adverse interactions between bears and humans."

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/07/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident